**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**STEARLON DENNIS, #M3124**                                           **PLAINTIFF**

**VERSUS**                       **CIVIL ACTION NO. 4:06cv72TSL-JCS**

**L. PRUDE, et al.**                       **DEFENDANTS**

<u>ORDER</u>

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That within twenty days of this date plaintiff shall file a written response to

(a)  specifically state how defendant L. Prude violated his constitutional rights;

(b)  specifically state how defendant Dale Caskey violated his constitutional rights;

(c)  specifically state how defendant Unknown Enterkin violated his constitutional rights;

(d)  specifically state how defendant Christopher Epps violated his constitutional rights;

(e)  specifically state how defendant Unknown Haygood violated his constitutional rights;

(f)  specifically state how defendant Jane Doe violated his constitutional rights;

(g)  provide the full names of defendants Enterkin, Haygood and Jane Doe;

(h)  specifically state the relief the plaintiff is requesting in this suit;  and

(i)  specifically state if the plaintiff's current criminal convictions (aggravated assault and manslaughter) and/or sentences have been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254.

This requirement is made because the original complaint is unclear concerning these matters.

2. **That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the <u>25th</u> day of September 2006.

                                            s/James C. Sumner
                                            UNITED STATES MAGISTRATE JUDGE